UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC ANTHONY BRADEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-7633 JVS(JC)<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: February 8, 2017

_____
　　HONORABLE JAMES V. SELNA
　　UNITED STATES DISTRICT JUDGE